# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00133-CR

**Joseph Culverhouse, Appellant**

**v.**

**State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. D-1-DC-08-205127, HONORABLE MIKE DENTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On October 17, 2008, appellant Joseph Culverhouse signed a "plea of guilty, admonishments, voluntary statements, waivers, stipulation & judicial confession," pleading guilty to assaulting a family member. On November 25, 2008, the trial court signed a judgment of conviction sentencing appellant to five years' imprisonment pursuant to a plea agreement. Appellant filed his notice of appeal on February 20, 2009. The trial court has certified that appellant has no right of appeal from this plea-bargain case, and it appears that the notice of appeal was filed too late to invoke our jurisdiction. *See* Tex. R. App. P. 26.2(a)(1) (notice of appeal generally must be filed within thirty days of sentencing or appealable order). Thus, the appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 25.2(d).

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: May 1, 2009

Do Not Publish